UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>VANESSA ELIZABETH LOZANO,<br><br>                Defendant. | CASE NO. 06CR1166-IEG<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

_X_    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) of:

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

**DATED: December 15, 2006**

*(signature)*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**